AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Jessica V. Currie  Telephone: (313) 226-9100
Special Agent: Kenton Weston  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Darrell Demetreus Brown

Case No. 2:21-mj-30302
Judge: Unassigned,
Filed: 06-16-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton M. Weston, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 16, 2021

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2018. I am currently assigned to the Detroit Field Division, Crime Gun Enforcement Team (CGET), where I am tasked with investigating violations of federal firearms laws. I have been involved in dozens of investigations involving violations of federal firearms laws, which have resulted in the seizure of hundreds of firearms. In addition, I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.

2. This affidavit is made in support of an application for a criminal complaint for Darrell Demetreus BROWN (DOB:XX/XX/1993).

3. I have probable cause to believe that BROWN, who knew he was a convicted felon, knowingly possessed a firearm, which traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

4. I make this affidavit based on my participation in this investigation, witness interviews conducted by myself and other law

1

enforcement agents, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5.  The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## **PROBABLE CAUSE**

6.  On May 6, 2021, at approximately 1:39 a.m., Detroit Police Department Officers Dillion Kenny and Jackson Vansickle were providing directed patrol at a Sunoco Gas Station, a location that participates in the Detroit Police Department "Green Light" program. Officers observed a man, later identified as BROWN, walking into the Sunoco Gas Station, located in the Eastern District of Michigan, clutching his right arm towards the right side of his body (an indicator that a person is possessing a firearm). Subsequently, the officers observed BROWN standing at the ATM machine inside the gas station with the imprint of a handgun inside BROWN's right front jacket pocket.

7. Officer Kenny walked over to BROWN and asked if he had a Concealed Pistol License (CPL) for the observed firearm. BROWN stated "Yes," checked his pockets, and then claimed that the CPL was in his car. At this time, Officer Kenny reached for BROWN's zipped right jacket pocket and recovered a Glock 22 .40 caliber pistol bearing serial number "M00874HP" loaded with 14 live rounds of ammunition (1 live round in the chamber), marked as a Missouri State Highway Patrol pistol, and secured it. BROWN then stated, "I don't have a CPL." BROWN was arrested. While traveling to the Detroit Detention Center, BROWN explained to the officers that he is currently on parole.

8. A search of the Law Enforcement Information Network (LEIN) revealed that BROWN does NOT have a CPL, that the recovered Glock was reported as stolen by Bibb County, GA (OCA# 2016-151962), and that BROWN pleaded guilty to Felony Armed Robbery and Felon in Possession of a Weapon in July 2013.

9. On June 10, 2021, I contacted Special Agent Jimmie Pharr, an ATF Interstate Nexus Expert, and gave him a verbal description of the firearm. Based upon the verbal description, Special Agent Pharr advised that the firearm is a firearm as defined under 18 U.S.C. § 921

and was manufactured outside of the state of Michigan after 1898. Therefore, the weapon traveled in and affected interstate commerce.

## CONCLUSION

10. I respectfully submit that there is probable cause to believe that on May 6, 2021, within the Eastern District of Michigan, Darrell Demetreus BROWN, who knew he was a convicted felon, knowingly possessed a firearm, which had traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Kenton M. Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Date: June 16, 2021

4